IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**STEPHEN TORRES, as Personal Representative
of the Estate of CHRISTOPHER TORRES, deceased,**

      Plaintiff,

v.                                       **No. CIV 12-1048 RB/KBM**

**CITY OF ALBUQUERQUE**, ex rel.
**ALBUQUERQUE POLICE DEPARTMENT;
CHRISTOPHER BROWN; and
RICHARD HILGER**,

      Defendants.

## UNOPPOSED MOTION RESETTING CERTAIN PRETRIAL DEADLINES

Plaintiff Stephen Torres, through his counsel, McGinn, Carpenter, Montoya & Love, P.A., states the following as his unopposed motion requesting that the Court reset certain pretrial deadlines in the above-captioned case:

1. In the Court's Stipulated Order Resetting Discovery-Related and Certain Pretrial Deadlines [Doc. No. 41], the following deadlines were ordered:

    a. Plaintiff's expert witness list and reports – August 22, 2013

    b. Defendants' expert witness list and reports – September 26, 2013

    c. Discovery termination date – October 31, 2013

    d. Motions related to discovery – November 7, 2013

    e. Pretrial motions, including *Daubert* motions – December 16, 2013

    f. Plaintiff's portion of pretrial order to Defendants – March 3, 2014

    g. Consolidated pretrial order to the Court – March 17, 2014

2. This case was originally set for trial to begin on April 20, 2014 but was recently re-set for trial to begin on September 15, 2014.  **(Ex. A, 6/18/13 Notice)**

3. Because of this change in trial date, the parties agree that it would be reasonable to also extend the deadlines listed above as follows:

   a. Plaintiff's expert witness list and reports – October 4, 2013

   b. Defendants' expert witness list and reports – November 12, 2013

   c. Discovery termination date – December 13, 2013

   d. Motions related to discovery – December 20, 2013

   e. Pretrial motions, including *Daubert* motions – January 30, 2013

   f. Plaintiff's portion of pretrial order to Defendants  – April 16, 2014

   g. Consolidated pretrial order to the Court – May 1, 2014

4. The parties' request for these deadline extensions will not affect the September 15, 2014 trial date.

5. The parties' request for these deadline extensions do not conflict with the Civil Justice Reform Act.

6. On August 15, 2013, counsel for Defendants approved this motion.

**WHEREFORE**, Plaintiff respectfully requests that the Court's original deadlines in Doc. No. 22 be reset as follows:

   a. Plaintiff's expert witness list and reports – October 4, 2013

   b. Defendants' expert witness list and reports – November 12, 2013

   c. Discovery termination date – December 13, 2013

   d. Motions related to discovery – December 20, 2013

   e. Pretrial motions, including *Daubert* motions – January 30, 2013

   f. Plaintiff's portion of pretrial order to Defendants  – April 16, 2014

   g. Consolidated pretrial order to the Court – May 1, 2014

Respectfully submitted,



*/s/ Tyler J. Atkins*
Tyler J. Atkins
Randi McGinn
Kathleen J. Love
201 Broadway Blvd. SE
Albuquerque, New Mexico 87102
p: (505) 843-6161
f: (505) 242-8227
e: Tyler@McGinnLaw.com

*Approved via electronic mail on August 15, 2013 by:*

*/s/ W. Ann Maggiore*
W. Ann Maggiore
BUTT, THORNTON & BAEHR, P.C.
P.O. Box 3170
Albuquerque, NM 87190
p:  (505) 884-0777
f:  (505) 889-8870
e:  wamaggiore@btblaw.com

    -and-

Luis Robles
ROBLES, RAEL & ANAYA, P.C.
500 Marquette Ave. NW, Suite 700
Albuquerque, New Mexico 87102
p:  (505) 242-2228
f:  (505) 242-1106
e:  luis@roblesrael.com

*Attorneys for City Defendants*