IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STEPHEN TORRES, as Personal Representative
of the Estate of CHRISTOPHER TORRES, deceased,

        Plaintiff,

v.                                                     12-CV-01048 RB/KBM

CITY OF ALBUQUERQUE, ex. rel
ALBUQUERQUE POLICE DEPARTMENT;
CHRISTOPHER BROWN; and
RICHARD HILGER,

        Defendants.

## ORDER ON DEFENDANT'S FIRST REQUEST TO ENTER UPON LAND FOR INSPECTION AND OTHER PURPOSES

THIS MATTER came before the Court pursuant to Defendant's First Request to Enter Upon Land for Inspection and Other Purposes (*Doc. 59*). The Court heard oral argument from the parties on October 17, 2013 and hereby finds as follows:

    1. The "walk through" of the premises will take place on November 1, 2013.

    2. The "walk through" will include the backyard of the Torres residence and the backyard and upstairs balcony of the Apodaca residence.

    3. The defendant officers are permitted to be on the scene, but may not reenact the scene.

    4. Plaintiffs will not utilize any recording devices.

    5. Plaintiffs will have until October 24, 2013 to file their response to Defendant's Motion to preserve the record and protect their position.

IT IS SO ORDERED.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE

Submitted and approved:

Butt, Thornton & Baehr, P.C.


\_\_/s/ W. Ann Maggiore
W. Ann Maggiore
P.O. Box 3170
Albuquerque, N.M. 87190
(505) 884-0777
(505) 889-8870 fax
wamaggiore@btblaw.com


Robles, Rael & Anaya, P.C.


 /s/ Luis E. Robles  *Approved via Email 10-21-13*
Luis E. Robles
Robles Rael & Anaya, PC
500 Marquette Ave NW #700
Albuquerque, NM 87102-5346
Fax (505) 242-1106
luis@roblesrael.com


McGinn, Carpenter, Montoya & Love


  /s/ Kathleen J. Love *Approved via Email 10-21-13*
Kathleen J. Love
McGinn, Carpenter, Montoya & Love, P.A.
201 Broadway Blvd, SE
Albuquerque, NM 87102
Fax: (505) 242-8227
kathy@mcginnlaw.com