IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**STEPHEN TORRES, as Personal Representative**
**of the Estate of CHRISTOPHER TORRES, deceased,**

      Plaintiff,

v.                                                 **No. CIV 12-1048 RB/KBM**

**CITY OF ALBUQUERQUE**, ex rel.
**ALBUQUERQUE POLICE DEPARTMENT;**
**CHRISTOPHER BROWN; and**
**RICHARD HILGER**,

      Defendants.

## SUPPLEMENT TO PLAINTIFF'S EXPERT WITNESS LIST

Plaintiff Stephen Torres, as Personal Representative of the Estate of Christopher Torres, deceased, by and through his counsel of record, McGinn, Carpenter, Montoya and Love, PA, provides this supplement to his Plaintiff's Expert Witness List filed October 2, 2013 (see Doc. 57).

A.    **George L. Kirkham, D. Crim.**
       George Kirkham and Associates, Inc.
       12444 Aviles Circle
       Palm Beach Gardens, FL  33418

Plaintiff hereby provides notice that, consistent with Plaintiff's Expert Witness List, Dr. Kirkham will review the testimony of Defendants' expert witnesses and will formulate responses to their opinions.  Dr. Kirkham will also review additional materials as applicable to formulate his responses.  Defendants will be advised of Dr. Kirkham's rebuttal opinions and materials reviewed as appropriate under the operative scheduling order and any applicable order of the Court.

This notification is provided in addition to the information provided in Plaintiff's Expert Witness List, incorporated herein by reference.

2

        Respectfully submitted,



*<u>Kathleen J. Love</u>*
Randi McGinn
Kathleen J. Love
201 Broadway Blvd. SE
Albuquerque, New Mexico 87102
p: (505) 843-6161
f: (505) 242-8227
e: Kathy@McGinnLaw.com

I hereby certify that on this
26th day of February, 2014, the
foregoing was served electronically
via CM/ECF to all counsel of record.

*<u>Kathleen J. Love</u>*
Kathleen J. Love