IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STEPHEN TORRES, as Personal Representative
of the Estate of CHRISTOPHER TORRES, deceased,

        Plaintiff,

v.                                                      12-CV-01048 RB/KBM

CITY OF ALBUQUERQUE, ex. rel
ALBUQUERQUE POLICE DEPARTMENT;
CHRISTOPHER BROWN; and
RICHARD HILGER,

        Defendants.

## **ORDER ON PLAINTIFF'S MOTION TO REOPEN DISCOVERY**

THIS MATTER came before Hon. Karen Molzen on April 17, 2014. After reading the briefs and having heard informal discussion on the briefing, the Court grants in part and denies in part Plaintiff's motion as follows:

    1. Plaintiff may take the deposition of a representative of NMS Laboratories within two weeks.

    2. Within seventeen days of the deposition, Plaintiff may identify a rebuttal toxicology witness.

    3. Plaintiff may not take the deposition of Mayor Berry or CAO Rob Perry.

    4. Plaintiff may not take the deposition of a City representative on the issues of insurance or monies paid out on excessive force claims.

    5. Defendants may take a supplemental deposition of George Kirkham due to supplemental disclosure of expert opinions.

IT IS SO ORDERED.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE

Submitted and approved:


 /s/ W. Ann Maggiore
W. Ann Maggiore
Butt, Thornton & Baehr, P.C.
P.O. Box 3170
Albuquerque, N.M. 87190
(505) 884-0777
(505) 889-8870 Fax
wamaggiore@btblaw.com



 /s/ Luis E. Robles     *Electronically Approved 4-28-14*
Luis E. Robles
Robles Rael & Anaya PC
500 Marquette Ave NW #700
Albuquerque, NM 87102-5346
(505) 242-2228
(505) 242-1106 Fax
luis@roblesrael.com



   /s/ Randi McGinn     *Electronically Approved 4/28/14*
Randi McGinn
Kathleen J. Love
McGinn Carpenter, Montoya & Love P.A.
201 Broadway Blvd, SE
Albuquerque, NM 87102
(505) 843-6161
(505 )242-8227 Fax
randi@mcginnlaw.com
kathy@mcginnlaw.com