# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Robert C. Brack**

| | | | |
|---|---|---|---|
| **CASE NO.** CV 12-1048 RB/KBM | | **DATE:** 05/05/2015 | |
| | | **Time in Court:** 1:30 PM – 1:45 PM (15 MINUTES) | |

**TITLE:** TORRES v. ALBUQUERQUE POLICE DEPARTMENT, et al.

| | | |
|---|---|---|
| **COURTROOM CLERK:** JoAnn O. Standridge | | **COURT REPORTER:** Vanessa Alyce |
| ( ) Albuquerque  ( X ) Las Cruces  ( ) Santa Fe  ( ) Roswell | | |
| ( ) Bench warrant ordered | | **INTERPRETER:** none |

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
KEVIN P. HOLMES
KATHLEEN J. LOVE
RANDI MCGINN

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
W. ANN MAGGIORE
DAVID ANTHONY ROMAN

**TYPE OF PROCEEDING:** STATUS CONFERENCE (TELEPHONIC)

**PROCEEDINGS:**

**1:30 P.M.** COURT CALLS CASE. IDENTIFIES ATTORNEYS PRESENT.

**1:31 P.M.** ADDRESSES THE PROPOSED DATES PREVIOUSLY SET BY THE COURT

**1:32 P.M.** **ATTY MAGGIORE:** DOES NOT BELIEVE A SHORTENED DISCOVERY TIME CAN BE MET.

**ATTY ROMAN:** QUESTIONS OUTSIDE WITNESS ISSUES, WHERE TRIAL WILL BE HELD. FILED MOTION TO BIFURCATE TO BE ADDRESSED.

**1:36 P.M.** **ATTY LOVE:** READY FOR AN AUGUST TRIAL. PLAINTIFF'S MOTIONS IN LIMINE HAVE ALL BEEN FILED; OTHER THAN LIMITED DISCOVERY. PLAINTIFF'S WILLING TO STAND ON MOTIONS IN LIMINE CURRENTLY FILED, WITH THE CAVEAT THAT NEW MOTIONS MAY BE FILED BASED ON ANY NEW DISCOVERY. ALL EXPERTS HAVE BEEN DISCLOSED. PRODUCED ADDITIONAL 4 WITNESSES TO DEFENSE. MAINTAINS CASE STILL CAN BE HEARD BY AUGUST 24, 2015.

**1:39 P.M.** **ATTY MAGGIORE:** IMPORTANT TO NOT RUSH INTO TRIAL. 1 EXPERT WITNESS THAT HAS NOT BEEN DISCLOSED. DOES NOT FEEL IT IS REALISTIC TO BE READY BY AUGUST.

**1:41 P.M.** **ATTY LOVE:** ADDITIONAL EXPERT IS A REBUTTAL WITNESS ALLOWED BY JUDGE MOLZEN. OTHER 4 WITNESSES ARE NOT EXPERT WITNESSES.

**1:42 P.M.** **COURT:** WANTS TO ADDRESS THE MATTER AS TO WHERE WILL CASE BE HEARD.

| | | |
|---|---|---|
| **1:42 P.M.** | **ATTY ROMAN:** | JUDGE MOLZEN INDICATED SHE WOULD LIKE BRIEFING WHERE TRIAL SHOULD BE HELD. |
| **1:43 P.M.** | **COURT:** | WILL TAKE EVERYTHING FROM TODAY INTO ACCOUNT. COURT WILL PROVIDE A RESPONSE SOON, REGARDING THE AUGUST 24TH TRIAL; COURT WILL INFORM PARTIES IF ANY PENDING MOTIONS SHOULD BE BE RE-FILED |
| **1:45 P.M.** | **COURT:** | ADJOURNS HEARING |